1  PHILLIP A. TALBERT
   United States Attorney
2  JEREMY J. KELLEY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America



FILED

DEC 1 9 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

7

8                IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10   In the Matter of the Search of          CASE NO. 2:17-SW-0763-KJN

11   Storage Units Numbered H033 and J067,   [PROPOSED] ORDER TO SEARCH WARRANT
     located at 9609 Oates Drive, Sacramento CA   MATERIALS
12                95827

13

14

       Upon application of the United States of America and good cause having been shown,
15
       IT IS HEREBY ORDERED that the court clerk unseal this matter and associated search warrant
16
   materials filed therein.
17

18   DATED: 12-19-17

19
                                              _____
20                                            Hon. Deborah L. Barnes
                                              United States Magistrate Judge
21

22

23

24

25

26

27

28

   [PROPOSED] ORDER TO UNSEAL REDACTED SEARCH       1
   WARRANT MATERIALS